```
 1  DANIEL BRODERICK, Bar #89424
    Federal Defender
 2  BENJAMIN GALLOWAY, Bar #214897
    Assistant Federal Defender
 3  801 I Street, 3rd Floor
    Sacramento, California 95814
 4  Telephone: (916) 498-5700

 5  Attorney for Defendant
    ERIC LEE ROSENBERG
 6

 7

 8                  IN THE UNITED STATES DISTRICT COURT

 9                 FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11

12  UNITED STATES OF AMERICA,      ) No. Cr.S. 11-228-JAM
                                   )
13              Plaintiff,         )
                                   ) STIPULATION AND ORDER TO CONTINUE
14      v.                         ) STATUS CONFERENCE
                                   )
15  ERIC LEE ROSENBERG,            ) Date:  November 15, 2011
                                   ) Time:  9:30 a.m.
16              Defendant.         ) Judge: Honorable John A. Mendez
                                   )
17  _____)

18

19
         IT IS HEREBY STIPULATED by and between the parties hereto through
20
    their respective counsel, WILLIAM WONG, Assistant United States
21
    Attorney, attorney for plaintiff, and BENJAMIN GALLOWAY, Assistant
22
    Federal Defender, attorney for defendant, that the status conference
23
    set for October 18, 2011, at 9:30 a.m., be rescheduled to November 15,
24
    2011, at 9:30 a.m..
25
         The reason for this continuance is to allow defense counsel
26
    additional time to review discovery with the defendant, to examine
27
    possible defenses and to continue investigating the facts of the case.
28
```

In addition, the parties anticipate receiving the previously ordered pre-plea presentence report in the near future. Once that report is received, the parties will endeavor to reach a negotiated resolution of this matter.

The parties agree that time under the Speedy Trial Act should be excluded from the date of this stipulation, October 13, 2011, through and including November 15, 2011, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv), for preparation of defense counsel, and Local Code T4.

Dated: October 13, 2011    Respectfully submitted,

    DANIEL BRODERICK
    Federal Defender

    /s/ Ben Galloway
    BENJAMIN GALLOWAY
    Assistant Federal Defender
    Attorney for Defendant

Dated: October 13, 2011    BENJAMIN B. WAGNER
    United States Attorney

    /s/ Benjamin Galloway for
    WILLIAM WONG
    Assistant U.S. Attorney
    Attorney for Plaintiff

**O R D E R**

Based on the stipulation of the parties and good cause appearing therefrom, the Court hereby finds that the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court specifically finds that the ends of justice served by the granting of such continuance outweigh the interests of the public and the defendant in a speedy trial. Based on these findings and pursuant to the stipulation of the parties, the

Court hereby adopts the stipulation of the parties in its entirety as its order. Time is excluded from computation of time within which the trial of this matter must be commenced beginning from the date of the stipulation, October 13, 2011, through and including November 15, 2011, pursuant to 18 U.S.C. §3161(h)(7)(A) and (B)(iv) [reasonable time for defense counsel to prepare] and Local Code T4. A new status conference date is hereby set for November 15, 2011, at 9:30 a.m..

DATED: October 14, 2011.                /s/ John A. Mendez
                                        JOHN A. MENDEZ
                                        United States District Judge