1  DANIEL BRODERICK, Bar #89424
   Federal Defender
2  BENJAMIN GALLOWAY, Bar #214897
   Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, California 95814
4  Telephone: (916) 498-5700

5  Attorney for Defendant
   ERIC LEE ROSENBERG

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) No. Cr.S. 11-228-JAM |
| | ) |
| Plaintiff, | ) |
| | ) STIPULATION AND ORDER TO CONTINUE |
| v. | ) STATUS CONFERENCE |
| | ) |
| ERIC LEE ROSENBERG, | ) Date: January 17, 2012 |
| | ) Time: 9:30 a.m. |
| Defendant. | ) Judge: Honorable John A. Mendez |
| | ) |
| _____ | ) |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, WILLIAM WONG, Assistant United States Attorney, attorney for plaintiff, and BENJAMIN GALLOWAY, Assistant Federal Defender, attorney for defendant, that the status conference set for November 15, 2011, at 9:30 a.m., be rescheduled to January 17, 2012, at 9:30 a.m..

The reason for this continuance is to allow defense counsel additional time to review discovery with the defendant, to examine possible defenses and to continue investigating the facts of the case.

In addition, the parties anticipate receiving the previously ordered pre-plea presentence report in the near future. Once that report is received, the parties will endeavor to reach a negotiated resolution of this matter.

The parties agree that time under the Speedy Trial Act should be excluded from the date of this stipulation, November 10, 2011, through and including January 17, 2012, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv), for preparation of defense counsel, and Local Code T4.

Dated: November 10, 2011          Respectfully submitted,

                                  DANIEL BRODERICK
                                  Federal Defender


                                  /s/ Ben Galloway
                                  BENJAMIN GALLOWAY
                                  Assistant Federal Defender
                                  Attorney for Defendant


Dated: November 10, 2011          BENJAMIN B. WAGNER
                                  United States Attorney

                                  /s/ Benjamin Galloway for
                                  WILLIAM WONG
                                  Assistant U.S. Attorney
                                  Attorney for Plaintiff

**O R D E R**

Based on the stipulation of the parties and good cause appearing therefrom, the Court hereby finds that the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court specifically finds that the ends of justice served by the granting of such continuance outweigh the interests of the public and the defendant in a speedy trial. Based on these findings and pursuant to the stipulation of the parties, the

Court hereby adopts the stipulation of the parties in its entirety as its order.  Time is excluded from computation of time within which the trial of this matter must be commenced beginning from the date of the stipulation, November 10, 2011, through and including November 15, 2011, pursuant to 18 U.S.C. §3161(h)(7)(A) and (B)(iv) [reasonable time for defense counsel to prepare] and Local Code T4.  A new status conference date is hereby set for January 17, 2012, at 9:30 a.m..

DATED: 11/10/2011                  /s/ John A. Mendez
                                   JOHN A. MENDEZ
                                   United States District Judge