1  DANIEL BRODERICK, Bar #89424
   Federal Defender
2  BENJAMIN GALLOWAY, Bar #214897
   Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, California 95814
4  Telephone: (916) 498-5700

5  Attorney for Defendant
   ERIC LEE ROSENBERG

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. Cr.S. 11-228-JAM |
| Plaintiff, | |
| v. | STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE |
| ERIC LEE ROSENBERG, | Date: March 20, 2012 |
| Defendant. | Time: 9:30 a.m. |
| | Judge: Honorable John A. Mendez |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, WILLIAM WONG, Assistant United States Attorney, attorney for plaintiff, and BENJAMIN GALLOWAY, Assistant Federal Defender, attorney for defendant, that the status conference set for February 14, 2012, at 9:30 a.m., be rescheduled to March 20, 2012, at 9:30 a.m..

The parties recently received the previously ordered pre-plea presentence report. Based on that report, the parties have reached a tentative resolution of this matter. Additional time is needed to

finalize the agreement and to advise the defendant who is being housed in Butte County Jail. In addition, the defense is in the process of completing investigation in anticipation of sentencing, and additional time is needed for that purpose.

The parties agree that time under the Speedy Trial Act should be excluded from the date of this stipulation, February 10, 2012, through and including March 20, 2012, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv), for preparation of defense counsel, and Local Code T4.

Dated: February 10, 2012  Respectfully submitted,

DANIEL BRODERICK
Federal Defender

/s/ Ben Galloway
BENJAMIN GALLOWAY
Assistant Federal Defender
Attorney for Defendant

Dated: February 10, 2012  BENJAMIN B. WAGNER
United States Attorney

/s/ Benjamin Galloway for
WILLIAM WONG
Assistant U.S. Attorney
Attorney for Plaintiff

**O R D E R**

Based on the stipulation of the parties and good cause appearing therefrom, the Court hereby finds that the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court specifically finds that the ends of justice served by the granting of such continuance outweigh the interests of the public and the defendant in a speedy trial. Based on these findings and pursuant to the stipulation of the parties, the

| | |
|---|---|
| 1 | Court hereby adopts the stipulation of the parties in its entirety as |
| 2 | its order.  Time is excluded from computation of time within which the |
| 3 | trial of this matter must be commenced beginning from the date of the |
| 4 | stipulation, February 10, 2011, through and including March 20, 2012. |
| 5 | pursuant to 18 U.S.C. §3161(h)(7)(A) and (B)(iv) [reasonable time for |
| 6 | defense counsel to prepare] and Local Code T4.  A new status conference |
| 7 | date is hereby set for March 20, 2012, at 9:30 a.m.. |

DATED: 2/10/2012                     /s/ John A. Mendez
                                     JOHN A. MENDEZ
                                     United States District Court Judge