```
1  DANIEL BRODERICK, Bar #89424
   Federal Defender
2  BENJAMIN GALLOWAY, Bar #214897
   Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, California 95814
4  Telephone: (916) 498-5700

5  Attorney for Defendant
   ERIC LEE ROSENBERG
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) No. Cr.S. 11-228-JAM |
| Plaintiff, | ) |
| | ) STIPULATION AND ORDER TO CONTINUE |
| v. | ) STATUS CONFERENCE |
| | ) |
| ERIC LEE ROSENBERG, | ) Date: April 24, 2012 |
| | ) Time: 9:30 a.m. |
| Defendant. | ) Judge: Honorable John A. Mendez |
| _____ ) | |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, WILLIAM WONG, Assistant United States Attorney, attorney for plaintiff, and BENJAMIN GALLOWAY, Assistant Federal Defender, attorney for defendant, that the status conference set for March 20, 2012, at 9:30 a.m., be rescheduled for a status conference/possible change of plea hearing to April 24, 2012, at 9:30 a.m..

The parties have reached a tentative agreement to resolve this matter. Additional time is needed to finalize the agreement and to

advise the defendant who is being housed in Butte County Jail.  In
addition, the defense is in the process of completing investigation in
anticipation of sentencing, and additional time is needed for that
purpose.

The parties agree that time under the Speedy Trial Act should be
excluded from the date of this stipulation, March 20, 2012, through and
including April 24, 2012, pursuant to 18 U.S.C. § 3161(h)(7)(A) and
(B)(iv), for preparation of defense counsel, and Local Code T4.

Dated: March 15, 2012          Respectfully submitted,

                               DANIEL BRODERICK
                               Federal Defender


                               /s/ Ben Galloway
                               BENJAMIN GALLOWAY
                               Assistant Federal Defender
                               Attorney for Defendant


Dated: March 15, 2012          BENJAMIN B. WAGNER
                               United States Attorney

                               /s/ Benjamin Galloway for
                               WILLIAM WONG
                               Assistant U.S. Attorney
                               Attorney for Plaintiff

**O R D E R**

Based on the stipulation of the parties and good cause appearing
therefrom, the Court hereby finds that the failure to grant a
continuance in this case would deny defense counsel reasonable time
necessary for effective preparation, taking into account the exercise
of due diligence.  The Court specifically finds that the ends of
justice served by the granting of such continuance outweigh the
interests of the public and the defendant in a speedy trial.  Based on
these findings and pursuant to the stipulation of the parties, the

Court hereby adopts the stipulation of the parties in its entirety as its order. Time is excluded from computation of time within which the trial of this matter must be commenced beginning from the date of the stipulation, March 20, 2012, through and including April 24, 2012. pursuant to 18 U.S.C. §3161(h)(7)(A) and (B)(iv) [reasonable time for defense counsel to prepare] and Local Code T4.  A new status conference/possible change of plea date is hereby set for April 24, 2012, at 9:30 a.m..

DATED: 3/15/2012 /s/ John A. Mendez
JOHN A. MENDEZ
United States District Court Judge