1 BENJAMIN B. WAGNER
United States Attorney
2 WILLIAM S. WONG
Assistant U.S. Attorney
3 501 I Street, Suite 10-100
Sacramento, California  95814
4 Telephone:  (916) 554-2790

5

6

7

8              IN THE UNITED STATES DISTRICT COURT FOR THE

9                   EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,        )      No. 2:11-CR-00228-JAM
                                   )
12            Plaintiff,           )      FINAL ORDER OF FORFEITURE
                                   )
13       v.                        )
                                   )
14 ERIC LEE ROSENBERG,             )
                                   )
15            Defendant.           )
   _____)

16

17       WHEREAS, on April 26, 2012, this Court entered a Preliminary

18 Order of Forfeiture pursuant to the provisions of 18 U.S.C. §

19 924(d)(1) and 28 U.S.C. § 2461(c) based upon the plea agreement

20 entered into between plaintiff and defendant Eric Lee Rosenberg

21 forfeiting to the United States the following property:

22            a)   One Sovereign, model SM84, .22 caliber sawed-off
                   rifle, serial number 31085.
23

24       AND WHEREAS, beginning on May 5, 2012, for at least 30

25 consecutive days, the United States published notice of the Court's

26 Order of Forfeiture on the official internet government forfeiture

27 site www.forfeiture.gov.  Said published notice advised all third

28 parties of their right to petition the Court within sixty (60) days

1  from the first day of publication of the notice for a hearing to

2  adjudicate the validity of their alleged legal interest in the

3  forfeited property;

4      AND WHEREAS, the Court has been advised that no third party has

5  filed a claim to the subject property, and the time for any person

6  or entity to file a claim has expired.

7      Accordingly, it is hereby ORDERED and ADJUDGED:

8      1.  A Final Order of Forfeiture shall be entered forfeiting to

9  the United States of America all right, title, and interest in the

10  above-listed property pursuant to 18 U.S.C. § 924(d)(1) and 28

11  U.S.C. § 2461(c), to be disposed of according to law, including all

12  right, title, and interest of Eric Lee Rosenberg.

13      2.  All right, title, and interest in the above-listed property

14  shall vest solely in the name of the United States of America.

15      3.  The Bureau of Alcohol, Tobacco, Firearms and Explosives

16  shall maintain custody of and control over the subject property

17  until it is disposed of according to law.

18      SO ORDERED this 6th day of August, 2012.

19

20                              /s/ John A. Mendez
                                JOHN A. MENDEZ
21                              United States District Court Judge

22

23

24

25

26

27

28